KAROLINA OBRYCKA, ET AL. V. CITY OF CHICAGO, ET AL.
FEDERAL COURT NUMBER: 07 C 2372

# Exhibit A

**Patrick Provenzale**

| | |
|---|---|
| **From:** | Barrett Rubens [barrett.rubens@cityofchicago.org] |
| **Sent:** | Thursday, May 29, 2008 4:14 PM |
| **To:** | Anne McInnis; George Yamin; Mary Nash; Patrick Provenzale; Terry Ekl; mmalatesta@ellisonlaw.net; Melanie Pennycuff; Barry Kreisler; Joanne Rogers; Jeffrey Zehe; Darnella Ward; Edwin Durham; Michael Rachlis; lawofficeofgusmunoz@yahoo.com |
| **Subject:** | Re: Obrycka / Correspondence |

Pat:

Based on Det. Wronkowski's deposition today, it is clear that you refuse to take the deposition of a Chicago police officer if he or she is carrying a service weapon.

While we are ready and willing to produce Chicago police officers at your office pursuant to the agreed upon schedule, you should presume that they will be armed with their service weapons when we do so.

What we are not willing to do is to drive to Lisle, wasting multiple people's time and taxpayers' money, only to have you refuse to take the deposition when we arrive.

As an accommodation, we are willing to have all the police officers depositions proceed at our office instead of yours.

Specifically, as you have agreed to depose Sgt Skala at our office, we suggest that his deposition proceed on June 3, 2008 at 10 am, with Det. Boyd's to follow, also at our office, at 2:00 PM. This will eliminate the service weapon issue for these depositions, giving you time to file any motion with the court on this issue that you deem necessary,

Please advise.

Barrett


Barrett Elizabeth Rubens
Special Litigation Counsel
City of Chicago Department of Law
Special Litigation Unit
30 North LaSalle Street, Suite 1720
Chicago, Illinois 60602
Direct 312-744-8364
Fax 312-744-8373
barrett.rubens@cityofchicago.org


>>> "Mary Nash" <MNash@eklwilliams.com> 5/29/2008 3:50 PM >>>
Please see attached.


New office location effective February 8, 2008.

Mary Nash
Paralegal
Ekl Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 242-8214 Direct Dial
(630) 654-0150 Facsimile
mnash@eklwilliams.com

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521. It contains information that is confidential and it may be protected by the attorney-client or

1

other privileges.  This e-mail, including attachments, constitutes
non-public information intended to be conveyed only to the designated
recipients.  If you are not an intended recipient, please delete the
e-mail, including attachments, and notify sender by mail, e-mail, or at
630-242-8214.  The unauthorized use, dissemination, distribution or
reproduction of this e-mail, including attachments, is prohibited and
may be unlawful.

---

This e-mail, and any attachments thereto, is intended only for use
by the addressee(s) named herein and may contain legally privileged
and/or confidential information.  If you are not the intended
recipient of this e-mail (or the person responsible for delivering
this document to the intended recipient), you are hereby notified
that any dissemination, distribution, printing or copying of this
e-mail, and any attachment thereto, is strictly prohibited. If you
have received this e-mail in error, please respond to the
individual sending the message, and permanently delete the original
and any copy of any e-mail and printout thereof.