KAROLINA OBRYCKA, ET AL. V. CITY OF CHICAGO, ET AL.
FEDERAL COURT NUMBER: 07 C 2372

# Exhibit B



**EklWilliams** PLLC
Attorneys and Counselors at Law

Partners
Terry A. Ekl
Patrick J. Williams
Patrick L. Provenzale

Vincent C. Mancini
Jeffrey S. MacKay
Kevin A. Halverson

901 Warrenville Rd., #175
Lisle, IL 60532
Ph: 630-654-0045
Fx: 630-654-0150
www.eklwilliams.com

May 29, 2008

<u>Via facsimile, E-Mail and first-class mail</u>
Barrett Elizabeth Rubens
Office of the Corporation Counsel
30 North LaSalle Street, Suite 1720
Chicago, IL 60602

RE: Karolina Obrycka, et al. v. City of Chicago, et al.
Federal Court Number: 07 C 2372

Our File No.
1830.000

Writer's Direct Dial No.
(630) 654-9975

WRITER'S E-MAIL ADDRESS:
pprovenzale@eklwilliams.com

Dear Ms. Rubens:

I am in receipt of your e-mail of 4:14 p.m. today. I am not sure you really appreciate the issue I have with deposing an armed adverse witness. The location of the deposition is really immaterial, and your persistence in offering an alternative location for the deposition of an armed adverse witness does not eliminate the part about him being armed.

What is clear in my mind is that you are using a frivolous issue, about which no reasonable person could disagree that you are flat out wrong, to leverage relocating the depositions to your own offices.

I have to tell you, I take personal offense to you placing my safety at the fulcrum of the leverage you are trying to exert, as well as that of my clients and all of the other attorneys in this case who may be adverse to your officer witnesses, by playing these games to manipulate where the depositions will proceed. Given your clear expression in your e-mail of this purpose, I am withdrawing any proposal to depose Officer Skala anywhere but in my office. I will not permit you to manipulate the manner and progress of our discovery in this case any further.

In hindsight now I see it was a mistake to attempt to be accommodating with Ms. McInnis in offering the concession of relocating Officer Skala's deposition to your offices, when the reason why it did not proceed was entirely the fault of you and your co-counsel's continuing late disclosures and obstructionist positions. Therefore, I demand that you provide me with alternative dates for Detective Skala's deposition to proceed in my offices on either July 11, 12, 22 or 29, which are dates already set aside by all counsel. Inform me immediately if you are refusing to produce him.

Finally, as to the issue of the guns at depositions, that matter will be before the Court soon enough.

Sincerely,
EKL WILLIAMS PLLC

Patrick L. Provenzale

PLP/mn
cc. Counsel of Record, Via E-mail and Regular Mail
*See attached Service List*

## SERVICE LIST

RE: Karolina Obrycka, et al. v. City of Chicago, et al.
Court Number: 07 C 2372
Our File Number: 1830.000

**Notice will be electronically mailed to:**

Terry A. Ekl
Patrick L. Provenzale
Kevin Halverson
EklWilliams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
tekl@eklwilliams.com
pprovenzale@eklwilliams.com
khalverson@eklwilliams.com
*Attorneys for Plaintiffs, Karolina Obrycka,
Martin Kolodziej and Eva Cepiaszuk*

Gustavo Munoz
Law Office of Gus Munoz
7557 West 63rd Street
Summit, IL 60501
(708) 924-9000
(708) 924-9004 *Facsimile*
lawofficeofgusmunoz@yahoo.com
*Attorney for Plaintiffs, Karolina Obrycka,
Martin Kolodziej and Eva Cepiaszuk*

**DEFENDANTS:**
**Notice will be electronically mailed to:**
Anne McInnis
Barrett Elizabeth Rubens
George J. Yamin, Jr.
Office of the Corporation Counsel
30 North LaSalle Street, Suite 1720
Chicago, IL 60602
(312) 744-8311
(312) 744-8373 *Facsimile*
amcinnis@cityofchicago.org
emincy@cityofchicago.org
barrett.rubens@cityofchicago.org
*Attorneys for Defendant, City of Chicago*

Michael J. Malatesta
Joanne M. Rogers
Jeffrey R. Zehe
Nielsen, Zehe & Antas, P.C.
55 West Monroe Street, Suite 1800
Chicago, IL 60603
(312) 322-9900
(312) 264-6149 *Facsimile*
mmalatesta@ellisonlaw.net
jrogers@ellisonlaw.net
jzehe@ellisonlaw.net
*Attorneys for Defendant, Anthony Abbate*

Melanie Pennycuff
Law Offices of Barry Kreisler, P.C.
3001 West Armitage Avenue
Chicago, IL 60647
(773) 394-6400 Ext. 3
(773) 394-6443 *Facsimile*
kreislerlaw@hotmail.com
*Attorneys for Defendant, Gary Ortiz*

Edwin L. Durham
Michael Rachlis
Darnella J. Ward
Rachlis Durham Duff & Adler
542 South Dearborn Street, Suite 1310
Chicago, Illinois
(312) 733-7590
(312) 733-3952 *Facsimile*
edurham@rddlaw.net
mrachlis@rddlaw.net
dward@rddlaw.net
*Attorneys for Defendant, Patti Chiriboga*