**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Karolina Obrycka, et al.
                        Plaintiff,

v.                                                       Case No.: 1:07−cv−02372
                                                         Honorable Amy J. St. Eve

City Of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 4, 2012:

        of 12/10/12 is stricken. Mailed notice (mw, )MINUTE entry before Honorable Amy J. St. Eve: Defendant City Of Chicago's joint motion for relief from the judgment against the City as condition precedent to settlement[685] is entered and continued to 12/07/12 at 10:15 a.m. Noticed motion date

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.