1830.000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

KAROLINA OBRYCKA,

Plaintiffs,

v.

CITY OF CHICAGO, a Municipal
Corporation, et al.,

Defendants.

No.: 07 C 2372

Judge Amy J. St. Eve
Courtroom 1241

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF THE JOINT MOTION FOR RELIEF FROM JUDGMENT AGAINST THE CITY

Plaintiff, Karolina Obrycka, by and through her attorneys, Ekl, Williams & Provenzale LLC and the Law Offices of Gustavo Munoz, submits this memorandum in support of the Joint Motion for Relief from Judgment against the City and states as follows:

On November 13, 2012, the jury in this case returned a verdict in favor of Plaintiff and against Defendant City of Chicago ("City") on Plaintiff's claim that the City had a persistent widespread custom or practice that was the moving force behind Defendant Anthony Abbate's conduct in the bar when he physically beat Plaintiff on February 19, 2012. The jury awarded Plaintiff $850,000 in compensatory damages. Based on that verdict, judgment was entered in favor of Plaintiff and against the City. [d/e 684].

After the entry of the judgment, the Plaintiff and the City entered into

settlement discussions. As a result of those discussions, the City offered to pay Plaintiff the amount of the jury verdict, $850,000.00, before December 31, 2012, offered to pay Plaintiff her taxable costs pursuant to 28 U.S.C. §1920, and offered to pay her Attorneys their respective reasonable attorney's fees and related nontaxable expenses to which she would otherwise be entitled as the Prevailing Party under 42 U.S.C. §1988, to be determined to be court, with the advantage of no appeal of the decision as to such, in exchange for Plaintiff agreeing to file a joint motion for vacatur of the judgment against the City. Plaintiff's private interests favor vacatur, which will result in the City waiving its right to appeal the verdict, taxable costs and nontaxable expenses award, and make certain that Plaintiff receives the damage award determined by the jury along with the payment of her costs, payment of her attorneys' fees and payment of her related nontaxable expenses. Furthermore, Plaintiff's financial situation is such that the certainty of receiving her damage award immediately, coupled with the relief from having to reimburse her attorneys for taxable costs and related reasonable nontaxable expenses incurred, rather than possibly wait years for an appeal to be resolved with the chance of a reversal, is vitally important to her.

WHEREFORE, for the reasons stated above and in the Joint Motion for Relief from Judgment against the City, the Plaintiff requests this Court grant the Joint Motion for Relief from Judgment against the City.

Respectfully submitted by:
By: s/ Terry A. Ekl
Terry A. Ekl

Ekl, Williams & Provenzale LLC
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
tekl@eklwilliams.com
*Attorneys for Plaintiff*